## Commonwealth *v.* Thompson, Appellant.

Submitted September 11, 1967. *Howard Thompson,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian, Jr.,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wright, Appellant.

Submitted September 14, 1967. *Peter J. Webby,* Public Defender, for appellant; *Andrew I. Puhak,* Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for Commonwealth, appellee.

Order affirmed.